## JOHNSON v. THOMPSON.

(Decided February 3, 1916.)

APPEAL from Madison Circuit Court.

Heard before Hon. R. C. BRICKELL.

No counsel marked for appellant. BETTS & BETTS, for appellee.

PER CURIAM.—Affirmed on certificate.

---

## JONES v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—No bill of exceptions, no error of record. Affirmed.

---

## KING v. FOWLER.

(Decided November 25, 1915.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant. JAMES KAY, for appellee.

PER CURIAM.—Dismissed for want of prosecution.

---

## LONG v. COLUMBIA COFFEE COMPANY.

(Decided December 14, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. DANA PHILLIPS, for appellee.

BROWN, J.—Affirmed on certificate.